| | |
|---|---|
| 1 | Paul Caleo, State Bar No. 153925 |
| | Kevin M. Larson, State Bar No. 245324 |
| 2 | BURNHAM BROWN |
| | A Professional Law Corporation |
| 3 | P.O. Box 119 |
| | Oakland, California 94604 |
| 4 | |
| | 1901 Harrison Street, 14th Floor |
| 5 | Oakland, California  94612 |
| | Telephone:  (510) 444-6800 |
| 6 | Facsimile:   (510) 835-6666 |
| | Email:       pcaleo@burnhambrown.com |
| 7 |              klarson@burnhambrown.com   **JS-6** |
| 8 | Attorneys for Defendant |
| | HOME DEPOT U.S.A., INC. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESVIN RICARDO SANTOS RODRIGUEZ, | No. CV 14-08111 JFW (MRWx) |
| Plaintiff, | ORDER REMANDING CASE TO Los Angeles Superior Court of the State of California, Central District as Case Number BC556169 |
| v. | |
| HOME DEPOT U.S.A., INC., a corporation, HOME DEPO, a corporation and DOES 1 through 30, inclusive, | |
| Defendants. | |

### ORDER

IT IS HEREBY ORDERED, that the above entitled matter be remanded to the Los Angeles Superior Court of the State of California, Central District as Case Number BC556169.

Dated: February 3, 2015

_____
HON. JOHN F. WALTER

1

ORDER REMANDING CASE                                    No. CV 14-08111 JFW (MRWx)